Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceeding Under Chapter 11 |
| 20th Street, LLC | |
| | Case No. 09-20079 RTB |
| Debtor. | |
| | Adv. No. 09-1694 RTB |
| 20th Street, LLC | |
| Plaintiff. | CERTIFICATE OF SERVICE AND MAILING |
| v. | |
| GreenPoint Mortgage Funding, Inc. and/or its Assignee or Successor GMAC Mortgage, LLC and Mortgage Electronic Registration Systems, Inc. as the nominee for GreenPoint Mortgage Funding, Inc. | (Re: 3734 West Medlock Drive Phoenix, AZ 85019-2758) |
| Defendants. | |

R. Scott Graves, hereby states as follows:

I am a paralegal employed by Allan D. NewDelman, P.C. to represent the Debtor; that I am over the age of eighteen (18) years of age; that on the 22nd day of December, 2009 I caused to be deposited in the United States Mail, postage prepaid, a copy of the Summons In An

Adversary Proceeding issued by the Clerk of the Court on December 22, 2009 and a copy of the Complaint to Determine the Validity, Priority or Extent of a Lien or Other Interest in Property, filed on December 21, 2009 to the following parties.

Mortgage Electronic Registration Systems, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Robert Highsmith
20th Street, LLC
22573 North 79th Place
Scottsdale, AZ 85255

GreenPoint Mortgage Funding, Inc.
c/o Corporation Service Company
2338 West Royal Palm Road
Suite J
Phoenix, AZ 85021

GMAC Mortgage, LLC
c/o Corporation Service Company
2338 West Royal Palm Road
Suite J
Phoenix, AZ 85021

Josephine E. Pirianio, Esquie
Pite Duncan, LLP
4375 Jutland Drive
P.O. Box 17933
San Diego, CA 92177-0933

Dated this 22nd day of December, 2009.

ALLAN D. NEWDELMAN, P.C.


/s/ R. Scott Graves
R. Scott Graves
Paralegal for Attorney for Debtor/Plaintiff