SO ORDERED.

Dated: May 03, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

| | |
|---|---|
| DAVID E. McALLISTER (AZ BN 021551) | |
| BRIAN A. PAINO (AZ BN 027091) | |
| PITE DUNCAN, LLP | |
| 4375 Jutland Drive, Suite 200 | |
| P.O. Box 17935 | |
| San Diego, CA 92177-0935 | |
| TELEPHONE: (858) 750-7600 | |
| FACSIMILE: (619) 590-1385 | |
| bpaino@piteduncan.com | |

Attorneys for Defendant US BANK NA AS INDENTURE TRUSTEE OF SERIES 2006-HE1

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>20TH STREET, LLC,<br><br>    Debtor(s). | Case No. 2:09-bk-20079-RTB<br><br>Adv No. 09-01693 RTB |
| 20th STREET, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC. AND/OR ITS ASSIGNEE OR SUCCESSOR GMAC MORTGAGE, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS THE NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC.,<br><br>    Defendants. | Chapter 11<br><br>**ORDER APPROVING STIPULATED JUDGMENT RE: AVOIDANCE OF LIEN** |

    The parties having agreed to the terms set forth in the Stipulated Judgment Re: Avoidance of Lien are bound by the terms of their stipulation. The Stipulated Judgment Re: Avoidance of Lien is hereby approved and made an order of the court.

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **ATTORNEY FOR MOVANT** |
| 3 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933 |
| 5 | **DEBTOR(S)** |
| 6 | 20th Street, LLC |
| | 22573 North 79th Street |
| 7 | Scottsdale, AZ 85255 |
| 8 | **DEBTOR(S) ATTORNEY** |
| 9 | ALLAN D. NEWDELMAN |
| | 80 E COLUMBUS AVE |
| 10 | PHOENIX, AZ 85012 |
| 11 | **U.S. TRUSTEE** |
| 12 | Department of Justice |
| | District of Arizona - Phoenix Division |
| 13 | 230 North First Avenue, Suite 204 |
| | Phoenix, AZ 85003 |
| 14 | (U.S. Trustee) |
| 15 | Jennifer A. Giaimo |
| | Office of the U.S. Trustee |
| 16 | 230 North First Avenue, Suite 204 |
| | Phoenix, AZ 85003-1706 |
| 17 | (Attorney(s) to U.S. Trustee) |